**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 03-51940   JCW   Judge: CRAIG WHITLEY
Case Name: STAFFORD, RAY
             STAFFORD, GRETCHEN
For Period Ending: 05/22/06

Trustee Name: JAMES T. WARD
Date Filed (f) or Converted (c): 09/16/04 (c)
341(a) Meeting Date: 10/18/04
Claims Bar Date: 05/16/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Insurance Proceeds | 0.00 | 45,000.00 | | 23,076.02 | 26,923.98 |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 75.51 | Unknown |

TOTALS (Excluding Unknown Values)   $ 0.00   $ 45,000.00   $ 23,151.53

Value of Remaining Assets
$26,923.98
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is pursuing recovery of about $50,000 excess insurance proceeds related to a house fire and rebuild. Trustee holds a portion of the funds and the remainder is held by the clerk's office under interpleader order. There are alledged construction lien issues.. Trustee is attempting to negotiate a settlement with contractor. Failing that, Trustee will file adversary within 30 days to settle by court order.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

PFORM1                                                                                                    Ver: 11.01a

**FORM 2**
Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 03-51940 -JCW | |
| Case Name: | STAFFORD, RAY | |
| | STAFFORD, GRETCHEN | |
| Taxpayer ID No: | *******5869 | |
| For Period Ending: | 05/22/06 | |

| | |
|---|---|
| Trustee Name: | JAMES T. WARD |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1474  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/05/05 | 1 | Chase Manhattan Bank | ACCOUNTS RECEIVABLE insurance proceeds on fire claim. General contractor has filed superior rights claim. Funds held in Trust | 23,076.02 | | 23,076.02 |
| 12/30/05 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 8.65 | | 23,084.67 |
| 01/31/06 | 2 | BANK OF AMERICA | Interest Rate  0.600 | 11.77 | | 23,096.44 |
| 02/28/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 16.45 | | 23,112.89 |
| 03/31/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 19.63 | | 23,132.52 |
| 04/28/06 | 2 | BANK OF AMERICA | Interest Rate  1.000 | 19.01 | | 23,151.53 |

**Total Of All Accounts    23,151.53**

PFORM2

Ver: 11.01a